United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

**ROBERT SPEARMAN,**

    **Plaintiff,**

    **V.**        **CASE NUMBER:**    1:05-CV-148 (FJS/RFT)

**DUTCHESS COUNTY and
DAWN JOHNSON,**

    **Defendants.**

**[ ]  Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[ X ]  Decision by Court.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Defendants' motion for summary judgment is granted.

    All of the above pursuant to the order of the Honorable Senior Judge Frederick J. Scullin, Jr., dated the 25th day of July, 2008.

**DATE:**    July 25, 2008        **LAWRENCE K. BAERMAN
CLERK OF COURT**

        s/

        _____
        **By:**    Lori M. Welch
                Deputy Clerk